UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GUILLERMO VILLASENOR, | ) | Case No. CV 13-1824 PSG(JC) |
| Petitioner, | ) ) | |
| v. | ) ) | JUDGMENT |
| WARDEN, | ) ) ) | |
| Respondent. | ) ) | |

Pursuant to this Court's Order Summarily Dismissing Petition for Writ of Habeas Corpus, IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is dismissed.

IT IS SO ADJUDGED.

DATED: ___March 20, 2013___

_____
HONORABLE PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE